# THE BERKMAN LAW OFFICE, LLC

111 Livingston Street, Suite 1928
Brooklyn, New York 11201

Tel: (718) 855-3627								Fax: (718) 855-4696

November 17, 2015

Hon. Katherine B. Forrest
United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:  *Leibovitch, et al. v. United States Department of State, et al.*
          Docket no. 15-CV-6133 (LBF)

Dear Judge Forrest,

    We represent the plaintiff in the above referenced matter.

    The initial conference is presently scheduled for January 8, 2016 at 1:30 p.m. This time poses a challenge for me as I observe the Jewish Sabbath which starts at sundown, which on that day is at 4:28 p.m., and holding the conference at that time would not afford me sufficient time to get home and prepare for the Sabbath observance. Accordingly, I respectfully request that the conference be rescheduled to a different date.

    Thank you for your attention to this matter.

                                         Respectfully yours,

                                         Robert J. Tolchin